UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2014 ROLLS ROYCE PHANTOM COUPE,<br><br>    Defendant. | No. 2:18-cv-10452-JAK-SS<br><br>**CONSENT JUDGMENT**<br><br>JS-6 |

Plaintiff and prospective claimant Margarita Kazarian have made a stipulated request (the "Stipulation" (Dkt. 16)) for the entry of this Consent Judgment, resolving this action in its entirety.

Based on a review of the Stipulation, for good cause shown, the Court **HEREBY ORDERS, ADJUDGES, AND DECREES:**

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Absent this Consent Judgment, Margarita Kazarian would have timely filed a judicial claim and answered the complaint. No other

statements of interest or answers have been filed, and the time for filing such statements of interest and answers, save for the Claimant, has expired. This Court has jurisdiction over the parties to this judgment and the defendant vehicle. Any potential claimants to the defendant vehicle other than Margarita Kazarian are deemed to have admitted the allegations of the complaint with respect to the defendant vehicle.

2. Within 30 days of the effective date of the judgment lodged concurrently with this stipulation, Margarita Kazarian shall pay a total of $280,600.00 to the United States in lieu of forfeiture of the defendant vehicle. Such payment shall be made by cashier's check to "U.S. Secret Service" and mailed to: Ryan Waters, Special Assistant U.S. Attorney, 1400 United States Courthouse, 312 North Spring Street, Los Angeles, CA 90012. The cashier's check shall include "USSS Seizure #403-2018-017" on the memo line. If Margarita Kazarian fails to make the payment as and when required by this paragraph, she shall be deemed to have waived all of her right, title, claims and interest in and to the defendant vehicle and to consent to the judicial forfeiture of the defendant vehicle with no further notice.

3. The sum of $280,600.00, in lieu of the defendant vehicle, shall be forfeited to the United States, and no other right, title, or interest shall exist therein.

4. Within 14 days after receipt of the payment specified in Paragraph 2, a representative from the U.S. Secret Service shall contact Margarita Kazarian, through her counsel, to coordinate release of the defendant vehicle. The defendant vehicle is currently being stored at a secure holding facility in Chino, CA.

5. If the defendant vehicle remains in storage for any amount of time after the date mutually arranged by the U.S. Secret Service and Margarita Kazarian for her to take possession of the defendant vehicle, Margarita Kazarian shall be responsible for any additional storage costs as determined by the contract storage facility. Such costs shall be paid directly to the contract storage facility, and the contract storage facility shall not release the defendant vehicle unless and until Margarita Kazarian pays any additional accrued storage costs.

6. Margarita Kazarian has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Margarita Kazarian against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Margarita Kazarian has also waived any rights she may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Margarita Kazarian of any liability or wrongdoing.

//

7. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

IT IS SO ORDERED.

Dated: April 18, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE